# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# FRANKFORT DIVISION

IN RE:

DEREK SEAN MEACHAM  
AND  
STEPHANIE ANNE MEACHAM

CASE NO. 19-30282-GRS-13

    Debtors

## CONSENT ORDER ON MOTION FOR RELIEF FROM STAY

1. The above-styled Motion having been filed by the Movant, Planet Home Lending, LLC (the "Movant"), and scheduled for a telephonic hearing before the Court on November 12, 2020, upon each of the above-captioned parties in interest, and it appearing to the Court that the parties consent hereto:

2. FURTHER IT IS HEREBY ORDERED that the Motion for Relief from Stay is denied, as the parties herein agree that the interest of Movant is adequately protected by payment and performance as more particularly set forth hereinafter.

3. FUTHER ORDERED that as of **November 11, 2020,** the post-petition arrearage is as follows, pursuant to the terms of the Note, as set forth in the chart below:

| Number of Missed Payments | From | To | Monthly Payment Amount | Total Monthly Payments Missed |
|---|---|---|---|---|
| 4 | 8-1-2020 | 11-1-2020 | $1,111.14 | $4,388.84 |

4. This arrearage shall be paid as follows:

Debtor is ordered to pay the total post-petition arrearage, less suspense in the amount of $253.37, plus attorney fees and costs of $1,031.00 totaling a sum of $5,222.19 on or before May 1, 2021.

(TR) 19-00554/ 19-30282-GRS-13/ PHL/Meacham

Debtor is ordered to make the following payments to cure the post-petition arrearage and other amounts owing set forth in paragraph 3:

| Month Stipulation payment due | Monthly Stipulation Payment Amount |
|---|---|
| 12/1/2020 | $870.36 |
| 1/1/2021 | $870.36 |
| 2/1/2021 | $870.36 |
| 3/1/2021 | $870.36 |
| 4/1/2021 | $870.36 |
| 5/1/2021 | $870.36 |

5.    Regular payments is the amount of $1,111.14 to be paid on or before December 1, 2020 and any additional amount as required or allowed by the Note and Security Instruments. Payments should be sent to: Planet Home Lending, LLC, 321 Research Parkway Suite 303, Meriden, CT 06450.

6.    FURTHER ORDERED that should Debtor default in payment of any sum specified herein, or in any regular monthly mortgage payments which come due according to Movant's Loan Documents, for the life of the bankruptcy then upon notice of default sent by first class mail to Debtor, attorney for Debtor and the Trustee, and failure of Debtor to cure such default within thirty (30) days from the date of receipt of such notice, Movant may file an affidavit of default, with service upon Debtor, attorney for Debtor and the Trustee, which will automatically release Movant from the automatic stay, without further notice or hearing.

7.    FURTHER ORDERED that in the event relief from the automatic stay is later granted, the Trustee shall cease funding any balance of Movant's claim, and the provisions of Fed. R. Bank. P. 4001(a)(3) may be waived.

8.    FURTHER ORDERED that upon completion of any foreclosure sale, any funds in excess of the amount due to Movant and to any subordinate lienholder(s) properly entitled to

(TR) 19-00554/ 19-30282-GRS-13/ PHL/Meacham

receive proceeds under applicable State Law that would otherwise be payable to the Debtor(s), shall be paid to the Trustee by the entity receiving the funds from the foreclosure sale for the benefit of the Estate while the Debtor remains in bankruptcy.

**HAVE SEEN AND AGREED:**

/s/ Christopher M. Hill

_____
Christopher M. Hill
Christopher M. Hill & Associates, P.S.C.
P.O. Box 817
Frankfort, KY 40602
502-226-6100/telephone
502-223-0700/facsimile
chrish@hillslaw.com
*Counsel for Movant*


/s/ John C. Robinson

_____
John C. Robinson
ROBINSON SALYERS, PLLC
909 Main Street
Shelbyville, KY 40065
502-633-3636/telephone
john@robinsonsalyers.com
*Counsel for Debtors*


**/s/** Cheryl E. James, Attorney for Trustee

_____
*Trustee*
Beverly M. Burden
PO Box 2204
Lexington, KY 40588
859-233-1527/telephone
agreedorders@ch13edky.com

(TR) 19-00554/ 19-30282-GRS-13/ PHL/Meacham

**DISTRIBUTION:**

Christopher M. Hill
Christopher M. Hill & Associates, P.S.C.
P.O. Box 817
Frankfort, KY 40602
502-226-6100/telephone
502-223-0700/facsimile
chrish@hillslaw.com
*Counsel for Movant*

John C. Robinson
ROBINSON SALYERS, PLLC
909 Main Street
Shelbyville, KY 40065
*Counsel for Debtors*

*Trustee*
Beverly M. Burden
PO Box 2204
Lexington, KY 40588

Derek Sean Meacham
217 Rolling Ridge Way
Simpsonville, KY 40067
*Debtor*

Stephanie Anne Meacham
217 Rolling Ridge Way
Simpsonville, KY 40067
*Debtor*

(TR) 19-00554/ 19-30282-GRS-13/ PHL/Meacham

4

_____
**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge
Dated: Tuesday, December 8, 2020
(tnw)**