**Fill in this information to identify the case:**

Debtor 1    Derek Sean Meacham

Debtor 2    Stephanie Anne Meacham
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Kentucky

Case number    19-30282

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Planet Home Lending, LLC            **Court claim no.** (if known): 14

**Last 4 digits** of any number you use to identify the debtor's account:     1   6   8   3

**Date of payment change:**
Must be at least 21 days after date of this notice     03/01/2020

**New total payment:**     $    1,111.14
Principal, interest, and escrow, if any

---

**Part 1:**    **Escrow Account Payment Adjustment**

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No

   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   _____

   Current escrow payment:  $    325.99         New escrow payment:    $    381.37

---

**Part 2:**    **Mortgage Payment Adjustment**

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No

   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   _____

   Current interest rate:        %         New interest rate:        %

   Current principal and interest payment: $ _____         New principal and interest payment:  $ _____

---

**Part 3:**    **Other Payment Change**

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No

   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____         New mortgage payment:  $ _____

---

Official Form 410S1        19-00554        **Notice of Mortgage Payment Change**        page 1

Debtor 1    **Derek Sean Meacham**
_First Name    Middle Name    Last Name_    Case number _(if known)_ 19-30282

**Part 4:**  **Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

_Check the appropriate box._

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ _____    Date 1/21/2020
_Signature_

Print:    Christopher M. Hill
_First Name    Middle Name    Last Name_    Title  Counsel for Creditor

Company    Christopher M. Hill & Associates, P.S.C.

Address    P.O. Box 817
_Number    Street_

Frankfort    KY    40602
_City    State    ZIP Code_

Contact phone  502-226-6100    Email  chrish@hillslaw.com

19-00554

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION

IN RE:

**DEREK SEAN MEACHAM**                                    CASE NO. 19-30282-GRS-13
**AND**
**STEPHANIE ANNE MEACHAM**

    **Debtors**

## CERTIFICATE OF SERVICE

    This is to certify that a true and accurate copy of the foregoing was served on debtors,

counsel for debtors, the trustee and other parties in interest, by either ordinary U.S. Mail, postage

pre-paid, or via electronic filing on this 21st day of January 2020.


Derek Sean Meacham
217 Rolling Ridge Way
Simpsonville, KY 40067
*Debtor*

Stephanie Anne Meacham
217 Rolling Ridge Way
Simpsonville, KY 40067
*Debtor*

John C. Robinson
ROBINSON SALYERS, PLLC
909 Main Street
Shelbyville, KY 40065
*Counsel for Debtors*

*Trustee*
Beverly M. Burden
PO Box 2204
Lexington, KY 40588

*U.S. Trustee*
U.S. Trustee
100 E Vine St #500
Lexington, KY 40507

_____
Christopher M. Hill
Christopher M. Hill & Associates, P.S.C.
P.O. Box 817
Frankfort, KY 40602
502-226-6100/telephone
502-223-0700/facsimile
*Counsel for Plant Home Lending, LLC*


(TR) 19-00554/ 19-30282-GRS-13/ PHL/Meacham

**Planet Home Lending**

Doing business as Planet Home Servicing in the state of New York
321 Research Pkwy, Ste 303
Meriden, CT 06450

**ANNUAL ESCROW ACCOUNT
DISCLOSURE STATEMENT**

| | |
|---|---|
| Analysis Date: | 01/14/20 |
| Loan Number. | |

| | |
|---|---|
| Borrower Name. | DEREK MEACHAM |
| Co-Borrower Name: | STEPHANIE MEACHAM |

| | |
|---|---|
| Customer Service: | **1-866-882-8187** |

Visit Our Website at **www.planethomelending.com**
Email: cs@myloansupport.com

DEREK MEACHAM
STEPHANIE MEACHAM
217 ROLLING RIDGE WAY
SIMPSONVILLE KY  40067

Planet Home Lending has reviewed your escrow account to determine your new monthly escrow payment. As you may know, we collect funds and hold them in your escrow account to pay items such as property taxes, mortgage insurance and homeowner's insurance premiums on your behalf. Below are answers to the most commonly asked questions we receive about the annual escrow analysis and the details related to your account.

## 1. What is the amount of my new monthly payment starting March 01, 2020?

| Payment Items | Current Payment | New Payment | Difference |
|---|---|---|---|
| Principal and Interest | $729.77 | $729 77 | $0.00 |
| Escrow | 325.99 | 381.37 | 55.38 |
| **Total Monthly Payment** | **$1,055.76** | **$1,111.14** | **$55.38** |

- **Note:** If you currently use a  bill pay service to make your monthly payments, please update the amount scheduled for submission in March to reflect the new payment listed above.  If you are currently set up on automatic payments with Planet Home Lending, your March  payment will automatically be adjusted to include the above escrow amount(s).

- *If you have an adjustable rate mortgage the New Payment Amount may not reflect any pending changes to the Principal and interest portion of you payment.*

## 2. What are the most common reasons that my escrow payment may change from year to year?

A. **Increases or Decreases in Amounts Billed** – the amount we collect each month to be held in your escrow account may change based on increases or decreases to your property taxes, mortgage  insurance, and homeowner's insurance premiums.   The information below compares the amounts Planet Home Lending expected to pay for each item this past year from your escrow account to the actual amounts that were paid. The difference column reflects the increase or decrease for each escrowed item.

| Escrowed Item | Expected Amounts Due | Actual Amounts Due | Difference |
|---|---|---|---|
| CITY/TOWN | $104.50 | $154.38 | $49.88 |
| COUNTY | $1,283.68 | $1,941.16 | $657.48 |
| FHA RBP | $1,121.28 | $1,101.00 | -$20.28 |
| HOMEOWNERS | $1,402.46 | $1,379.87 | -$22.59 |
| **Total Annual Escrow Payments** | **$3,911.92** | **$4,576.41** | **$664.49** |
| **Monthly Escrow Payments** | **$325.99** | **$381.37** | **$55.38** |

B. **Repayment of Escrow Shortage or Overage -** According to the projections shown in Table 1 on the reverse side, your escrow account will reach the minimum required balance of $579.24 in March.  This means you will have a *surplus* of $0.00 in your escrow account.

| Projected Low Escrow Balance | | Allowable Low Escrow Balance | | Surplus |
|---|---|---|---|---|
| -$111.77 | *minus* | $579.24 | *equals* | $0.00 |

This section intentionally left blank

Loan Number:

**NEW PAYMENT EFFECTIVE DATE: March 01, 2020**

---

### COMING YEAR ESCROW ACCOUNT PROJECTIONS AND ACTIVITY HISTORY

Table 1 shows a month by month estimate of the activity we anticipate will occur in your escrow account over the next 12 months. This table shows the projected low balance point that is used to calculate an escrow shortage or surplus. Table 2 itemizes your actual escrow account transactions since your previous analysis statement or initial disclosure. Last year's estimates are next to the actual activity. An asterisk (*) indicates a difference from a previous estimate in either the date or the amount. The letter "E" beside an amount indicates that a payment or disbursement has not yet occurred but is estimated to occur as shown. If you want a further explanation please call our toll-free number.

**Unless limited by state law, Federal law (RESPA) allows lenders to maintain a two month cushion in an escrow account. The cushion helps minimize the amount your escrow account could be overdrawn if tax or insurance payments increase.**

**Please keep this statement for comparison with the actual activity in your escrow account at the end of the escrow accounting computation year.**

#### TABLE 1 - ACCOUNT PROJECTIONS

| Month | Payments to Escrow Account | Payments from Escrow Account | Description | Escrow Required Balance | Projected Balance |
|---|---|---|---|---|---|
| **Beginning Balance** | | | | $1,669.49 | $978.48 |
| March | 381.37 | 91.75 | FHA RBP | 1,959.11 | 1,268.10 |
| March | 0.00 | 1,379.87 | HOMEOWNERS | 579.24 | -111.77 |
| April | 381.37 | 91.75 | FHA RBP | 868.86 | 177.85 |
| May | 381.37 | 91.75 | FHA RBP | 1,158.48 | 467.47 |
| June | 381.37 | 91.75 | FHA RBP | 1,448.10 | 757.09 |
| July | 381.37 | 91.75 | FHA RBP | 1,737.72 | 1,046.71 |
| August | 381.37 | 91.75 | FHA RBP | 2,027.34 | 1,336.33 |
| September | 381.37 | 91.75 | FHA RBP | 2,316.96 | 1,625.95 |
| October | 381.37 | 91.75 | FHA RBP | 2,606.58 | 1,915.57 |
| October | 0.00 | 1,941.16 | COUNTY | 665.42 | -25.59 |
| November | 381.37 | 91.75 | FHA RBP | 955.04 | 264.03 |
| November | 0.00 | 154.38 | CITY/TOWN | 800.66 | 109.65 |
| December | 381.37 | 91.75 | FHA RBP | 1,090.28 | 399.27 |
| January | 381.37 | 91.75 | FHA RBP | 1,379.90 | 688.89 |
| February | 381.37 | 91.75 | FHA RBP | 1,669.52 | 978.51 |

**Low Balance used to determine escrow overage or shortage.

#### TABLE 2 - ESCROW ACTIVITY HISTORY

| Month | Payments to Escrow Account | Payments from Escrow Account | Description | Escrow Account Balance |
|---|---|---|---|---|
| **Beginning Balance** | | | | $232.27 |
| July | 0.00 * | 0.00 * | FHA RBP | 232.27 |
| July | 0.00 | 93.44 * | FHA RBP | 138.83 |
| August | 325.99 | 0.00 * | FHA RBP | 464.82 |
| August | 0.00 | 93.44 * | FHA RBP | 371.38 |
| September | 325.99 | 0.00 * | FHA RBP | 697.37 |
| September | 0.00 | 93.44 * | FHA RBP | 603.93 |
| October | 325.99 | 0.00 * | FHA RBP | 929.92 |
| October | 0.00 | 1,941.16 * | COUNTY | -1,011.24 |
| October | 0.00 | 93.44 * | FHA RBP | -1,104.68 |
| November | 651.98 * | 0.00 * | FHA RBP | -452.70 |
| November | 0.00 | 154.38 * | CITY/TOWN | -607.08 |
| November | 0.00 | 93.44 * | FHA RBP | -700.52 |
| December | 0.00 * | 93.44 | FHA RBP | -793.96 |
| January | 1,629.95 E | 0.00 E | FHA RBP | 835.99 |
| January | 0.00 | 91.75 * | FHA RBP | 744.24 |
| February | 325.99 E | 91.75 E | FHA RBP | 978.48 |

ATTENTION TO ANY DEBTOR IN BANKRUPTCY OR WHO HAS RECEIVED A DISCHARGE IN BANKRUPTCY: This document is being sent for compliance and/or informational purposes only and is not an attempt to collect a debt or impose personal liability on the recipient except as permitted by law. Please be advised that this letter constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof who has received a discharge of such debt in accordance with applicable bankruptcy laws or who is subject to the automatic stay of Section 362 of the US Bankruptcy Code. Creditor retains its rights under its security instrument, including the right to foreclose its lien

Borrowers who are not in bankruptcy or who have not received a discharge in bankruptcy, please be advised that Planet Home Lending is a debt collector attempting to collect a debt and any information obtained may be used for that purpose.