**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Derek Sean Meacham |
| Debtor 2 (Spouse, if filing) | Stephanie Anne Meacham |

United States Bankruptcy Court for the: Eastern District of Kentucky

Case number   19-30282

Official Form 410S1

# Notice of Mortgage Payment Change                    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: Planet Home Lending, LLC

Court claim no. (if known): 14

Last 4 digits of any number you use to identify the debtor's account:    1  6  8  3

Date of payment change:
Must be at least 21 days after date of this notice    03/01/2021

New total payment:
Principal, interest, and escrow, if any    $    1,122.82

## Part 1:    Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No

   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   _____

   Current escrow payment:  $ _____ 381.37          New escrow payment:  $ _____ 393.05

## Part 2:    Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☑ No

   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   _____

   Current interest rate:    _____ %          New interest rate:    _____ %

   Current principal and interest payment: $ _____          New principal and interest payment: $ _____

## Part 3:    Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☑ No

   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____          New mortgage payment: $ _____

Debtor 1    **Derek Sean Meacham** _____    Case number (*if known*) 19-30282 _____
            First Name      Middle Name      Last Name

---

| Part 4: | **Sign Here** |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

**✗/s/ Christopher M. Hill** _____    Date  02/09/2021 _____
Signature

Print:    Christopher M. Hill _____    Title  Counsel for Creditor _____
          First Name      Middle Name      Last Name

Company    Christopher M. Hill & Associates, LLC _____

Address    P.O. Box 817 _____
           Number        Street

           Frankfort                     KY        40602 _____
           City                          State     Z P Code

Contact phone  502-226-6100 _____    Email  chrish@hillslaw.com _____

19-00554

| Print | Save As... | Add Attachment | Reset |
|---|---|---|---|

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**FRANKFORT DIVISION**

**IN RE:**

**DEREK SEAN MEACHAM**                                  **CASE NO. 19-30282-GRS-13**
**AND**
**STEPHANIE ANNE MEACHAM**

   **Debtors**

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing was served on debtors,

counsel for debtors, the trustee and other parties in interest, by either ordinary U.S. Mail, postage

pre-paid, or via electronic filing on this 9th day of February 2021.


Derek Sean Meacham                                      John C. Robinson
217 Rolling Ridge Way                                   ROBINSON SALYERS, PLLC
Simpsonville, KY 40067                                  909 Main Street
*Debtor*                                                Shelbyville, KY 40065
                                                        *Counsel for Debtors*

Stephanie Anne Meacham
217 Rolling Ridge Way                                   *Trustee*
Simpsonville, KY 40067                                  Beverly M. Burden
*Debtor*                                                PO Box 2204
                                                        Lexington, KY 40588

                                                        *U.S. Trustee*
                                                        U.S. Trustee
                                                        100 E Vine St #500
                                                        Lexington, KY 40507


     /s/ Christopher M. Hill

Christopher M. Hill
Christopher M. Hill & Associates, LLC
P.O. Box 817
Frankfort, KY 40602
502-226-6100/telephone
502-223-0700/facsimile
chrish@hillslaw.com
*Counsel for Plant Home Lending, LLC*


(TR) 19-00554/ 19-30282-GRS-13/ PHL/Meacham



**ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT**

Doing business as Planet Home Servicing in the state of New York
321 Research Pkwy, Ste 303
Meriden, CT  06450

| | |
|---|---|
| Analysis Date: | 01/14/21 |
| Loan Number: | █████████ |

| | |
|---|---|
| Borrower Name: | DEREK MEACHAM |
| Co-Borrower Name: | STEPHANIE MEACHAM |

000161
DEREK MEACHAM
STEPHANIE MEACHAM
217 ROLLING RIDGE WAY
SIMPSONVILLE KY  40067

| | |
|---|---|
| Customer Service: | 1-866-882-8187 |

Visit Our Website at:  **www.planethomelending.com**
Email: cs@myloansupport.com

Planet Home Lending has reviewed your escrow account to determine your new monthly escrow payment. As you may know, we collect funds and hold them in your escrow account to pay items such as property taxes, mortgage insurance and homeowner's insurance premiums on your behalf. Below are answers to the most commonly asked questions we receive about the annual escrow analysis and the details related to your account.

**1. What is the amount of my new monthly payment starting March 01, 2021?**

| Payment Items | Current Payment | New Payment | Difference |
|---|---|---|---|
| Principal and Interest | $729.77 | $729.77 | $0.00 |
| Escrow | 381 37 | 393.05 | 11.68 |
| **Total Monthly Payment** | **$1,111.14** | **$1,122.82** | **$11.68** |

- **Note:**  If you currently use a  bill pay service to make your monthly payments, please update the amount scheduled for submission in March to reflect the new payment listed above.  If you are currently set up on automatic payments with Planet Home Lending, your March  payment will automatically be adjusted to include the above escrow amount(s).

- *If you have an adjustable rate mortgage the New Payment Amount may not reflect any pending changes to the Principal and interest portion of you payment.*

**2. What are the most common reasons that my escrow payment may change from year to year?**

A.   **Increases or Decreases in Amounts Billed** – the amount we collect each month to be held in your escrow account may change based on increases or decreases to your property taxes, mortgage  insurance, and homeowner's insurance premiums.   The information below compares the amounts Planet Home Lending expected to pay for each item this past year from your escrow account to the actual amounts that were paid. The difference column reflects the increase or decrease for each escrowed item.

| Escrowed Item | Expected Amounts Due | Actual Amounts Due | Difference |
|---|---|---|---|
| CITY/TOWN | $154.38 | $154.38 | $0.00 |
| COUNTY | $1,941.16 | $1,941.16 | $0.00 |
| FHA RBP | $1,101.00 | $1,079.88 | -$21.12 |
| HOMEOWNERS | $1,379.87 | $1,541.19 | $161.32 |
| **Total Annual Escrow Payments** | **$4,576.41** | **$4,716.61** | **$140.20** |
| **Monthly Escrow Payments** | **$381.37** | **$393.05** | **$11.68** |

B.   **Repayment of Escrow Shortage or Surplus** -  According to the projections shown in Table 1 on the reverse side, your escrow account will rise above the minimum required balance of $606.12 in March.  This means you will have a *surplus* of $68.18 in your escrow account.

| Projected Low Escrow Balance | | Allowable Low Escrow Balance | | Surplus |
|---|---|---|---|---|
| -$256.10 | *minus* | $606.12 | *equals* | $68.18 |

**ESCROW SURPLUS SUMMARY**

**Loan Number:** █████████

**Name:** DEREK MEACHAM

STEPHANIE MEACHAM

**Surplus Amount:  $68.18**

If your loan is current, a check for the surplus amount will follow under separate cover. If you have any questions, please contact our Customer Service Department at 1-866-882-8187.



Doing business as Planet Home Servicing in the state of New York
321 Research Pkwy, Ste 303
Meriden CT  06450

Loan Number: ▓▓▓▓▓▓▓

NEW PAYMENT EFFECTIVE DATE: March 01, 2021

**COMING YEAR ESCROW ACCOUNT PROJECTIONS AND ACTIVITY HISTORY**

Table 1 shows a month by month estimate of the activity we anticipate will occur in your escrow account over the next 12 months.  This table shows the projected low balance point that is used to calculate an escrow shortage or surplus.  Table 2 itemizes your actual escrow account transactions since your previous analysis statement or initial disclosure.  Last year's estimates are next to the actual activity.  An asterisk (*) indicates a difference from a previous estimate in either the date or the amount.  The letter "E" beside an amount indicates that a payment or disbursement has not yet occurred but is estimated to occur as shown.  If you want a further explanation please call our toll-free number.

Unless limited by state law, Federal law (RESPA) allows lenders to maintain a two month cushion in an escrow account. The cushion helps minimize the amount your escrow account could be overdrawn if tax or insurance payments increase.

Please keep this statement for comparison with the actual activity in your escrow account at the end of the escrow accounting computation year.

**TABLE 1 - ACCOUNT PROJECTIONS**

| Month | Payments to Escrow Account | Payments from Escrow Account | Description | Escrow Required Balance | Projected Balance |
|---|---|---|---|---|---|
| Beginning Balance | | | | $1,844.25 | $982.03 |
| March | 393.05 | 89.99 | FHA RBP | 2,147.31 | 1,285 09 |
| March | 0.00 | 1,541.19 | HOMEOWNERS | 606.12 | -256.10 |
| April | 393.05 | 89.99 | FHA RBP | 909.18 | 46.96 |
| May | 393.05 | 89.99 | FHA RBP | 1,212.24 | 350 02 |
| June | 393.05 | 89.99 | FHA RBP | 1,515.30 | 653 08 |
| July | 393.05 | 89.99 | FHA RBP | 1,818.36 | 956.14 |
| August | 393.05 | 89.99 | FHA RBP | 2,121.42 | 1,259 20 |
| September | 393.05 | 89.99 | FHA RBP | 2,424.48 | 1,562.26 |
| October | 393.05 | 89.99 | FHA RBP | 2,727.54 | 1,865.32 |
| October | 0.00 | 1,941.16 | COUNTY | 786.38 | -75.84 |
| November | 393.05 | 89.99 | FHA RBP | 1,089.44 | 227.22 |
| November | 0.00 | 154.38 | CITY/TOWN | 935.06 | 72 84 |
| December | 393.05 | 89.99 | FHA RBP | 1,238.12 | 375.90 |
| January | 393.05 | 89.99 | FHA RBP | 1,541.18 | 678.96 |
| February | 393.05 | 89.99 | FHA RBP | 1,844.24 | 982.02 |

**Low Balance used to determine escrow overage or shortage.

**TABLE 2 - ESCROW ACTIVITY HISTORY**

| Month | Payments to Escrow Account | Payments from Escrow Account | Description | Escrow Account Balance |
|---|---|---|---|---|
| Beginning Balance | | | | -$1,705.35 |
| March | 325 99 * | 0 00 * | FHA RBP | -1,379.36 |
| March | 0 00 | 0 00 * | HOMEOWNERS | -1,379.36 |
| March | 0 00 | 91.75 * | FHA RBP | -1,471.11 |
| April | 0 00 * | 0 00 * | FHA RBP | -1,471.11 |
| April | 0 00 | 91.75 * | FHA RBP | -1,562.86 |
| May | 651 98 * | 0 00 * | FHA RBP | -910.88 |
| May | 0 00 | 91.75 * | FHA RBP | -1,002.63 |
| June | 325 99 * | 0 00 * | FHA RBP | -676.64 |
| June | 0 00 | 91.75 * | FHA RBP | -768.39 |
| July | 381 37 | 0 00 * | FHA RBP | -387.02 |
| July | 0 00 | 91.75 * | FHA RBP | -478.77 |
| August | 0 00 * | 0 00 * | FHA RBP | -478.77 |
| August | 0 00 | 91.75 * | FHA RBP | -570.52 |
| September | 381 37 | 0 00 * | FHA RBP | -189.15 |
| September | 0 00 | 91.75 * | FHA RBP | -280.90 |
| October | 0 00 * | 0 00 * | FHA RBP | -280.90 |
| October | 0 00 | 1,941.16 | COUNTY | -2,222.06 |
| October | 0 00 | 91.75 * | FHA RBP | -2,313.81 |
| November | 0 00 * | 0 00 * | FHA RBP | -2,313.81 |
| November | 0 00 | 154 38 | CITY/TOWN | -2,468.19 |
| November | 0 00 | 91.75 * | FHA RBP | -2,559.94 |
| December | 762.74 * | 91.75 | FHA RBP | -1,888.95 |
| January | 2,669 59 E | 0 00 E | FHA RBP | 780.64 |
| January | 0 00 | 89 99 * | FHA RBP | 690.65 |

ATTENTION TO ANY DEBTOR IN BANKRUPTCY OR WHO HAS RECEIVED A DISCHARGE IN BANKRUPTCY: This document is being sent for compliance and/or informational purposes only and is not an attempt to collect a debt or impose personal liability on the recipient except as permitted by law. Please be advised that this letter constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof who has received a discharge of such debt in accordance with applicable bankruptcy laws or who is subject to the automatic stay of Section 362 of the US Bankruptcy Code. Creditor retains its rights under its security instrument, including the right to foreclose its lien.

Borrowers who are not in bankruptcy or who have not received a discharge in bankruptcy, please be advised that Planet Home Lending is a debt collector attempting to collect a debt and any information obtained may be used for that purpose.

Loan Number: 9
NEW PAYMENT EFFECTIVE DATE: March 01, 2021

**TABLE 2 - ESCROW ACTIVITY HISTORY** - *CONTINUED*

| Month | Payments to Escrow Account | Payments from Escrow Account | Description | Escrow Account Balance |
|---|---|---|---|---|
| February | 381.37 E | 89 99 E | FHA RBP | 982.03 |